UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION,<br><br>This document relates to 1:18-cv-09797-LAK<br>1:18-cv-10100-LAK<br>1:18-cv-05374-LAK<br>1:18-cv-08655-LAK | MASTER DOCKET<br><br>Case No. 1:18-md-02865-LAK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Brian S. Fraser, Esq. of the law firm of Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, New York, 10103, who is admitted to practice before this Court, hereby enters an appearance in the above-captioned matter on behalf of Third-Party Defendant ED&F Man Capital Markets, Ltd.

Dated: New York, New York
       November 14, 2019

**AKERMAN LLP**

By: */s/ Brian S. Fraser, Esq.*
Brian S. Fraser, Esq.
666 Fifth Avenue, 20th Floor
New York, NY 10103
Phone: (212) 880-3800
Fax: (212) 880-8965
Email: brian.fraser@akerman.com

*Attorneys for Third-Party Defendant ED&F Man Capital Markets, Ltd.*