UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION,<br><br>This document relates to 1:18-cv-05374 / 1:18-08655 | MASTER DOCKET<br><br>Case No. 1:18-md-02865-LAK<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINT** |

Third-Party Plaintiffs Del Mar Asset Management Savings and Retirement Plan, Federated Logistics LLC 401K Plan, and David Freelove (collectively, the "Third-Party Plaintiffs") and Third-Party Defendant, ED&F Man Capital Markets, Ltd. ("ED&F" or "Third-Party Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

**WHEREAS** on November 12, 2019 Third-Party Plaintiffs filed their Third-Party Complaint against ED&F (Dkt. 220);

**WHEREAS** counsel for Third-Party Plaintiffs requested that ED&F waive service on December 2, 2019;

**WHEREAS** counsel for ED&F accepted service on December 11, 2019, and counsel for Third-Party Plaintiffs filed the waiver on December 17, 2019 (Dkt. 244);

**WHEREAS** the Parties have agreed that ED&F will file a pleading or motion responsive to the Third-Party Complaint on or before January 16, 2019; and

**WHEREAS** this is the Parties' first request to modify ED&F's response date to the Third-Party Complaint;

**NOW THEREFORE**, the Parties hereby Stipulate and Agree that ED&F will file and serve a pleading or motion responsive to the Amended Third-Party Complaint on or before January 16, 2020.

Dated: December 17, 2019

KOSTELANETZ & FINK LLP
7 World Trade Center, 34th Floor
New York, NY 10007
(212) 808-8100 (phone)


By:  s/ Bryan C. Skarlatos

*Attorneys for Third-Party Plaintiffs*


AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
(212) 880-3800


By:   /s Brian S. Fraser

*Attorneys for Third-Party Defendant*


SO ORDERED:

_____
United States District Judge