**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| |
|---|
| In re |
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION |
| This document relates to: 1:18-cv-05374; 1:18-cv-08655; 1:18-cv-05053; 1:18-cv-09797; 1:18-cv-10100 |

MASTER DOCKET

18-md-2865 (LAK)

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING**
**TIME TO ANSWER COUNTERCLAIMS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the deadlines to answer or otherwise respond to the counterclaims asserted in the answers filed by Third-Party Defendant, ED&F Man Capital Markets Ltd., on March 2, 2020 (D.E. 280, 281, 282, and 283) (the "Counterclaims") are extended by one week up to and including March 30, 2020.

No provision of this Stipulation and Order shall be construed as a waiver of, and Third-Party Plaintiffs expressly reserve, all defenses.

This is the parties' first request to extend the deadline to answer or otherwise respond to the Counterclaims.

Dated: New York, New York
       March 20, 2020

By: /s/ Eric Smith
    Bryan C. Skarlatos
    Eric Smith
    KOSTELANETZ & FINK LLP
    7 World Trade Center
    250 Greenwich Street

By: /s/ Brian Fraser
    (e-signed with consent)
    Brian S. Fraser
    Kristen G. Niven
    AKERMAN LLP
    666 Fifth Avenue, 20th Floor

<div style="display: flex;">

New York, NY  10007
Telephone: (212) 808-8100
bskarlatos@kflaw.com
esmith@kflaw.com

*Counsel for Third-Party Plaintiffs and Counterclaim Defendants Del Mar Asset Management Savings and Retirement Plan, Federated Logistics LLC 401(K) Plan, and David Freelove*

New York, NY  10103
Telephone: (212) 880-3800
Fax: (212) 905-6458
brian.fraser@akerman.com
kristen.niven@akerman.com

*Counsel for Third-Party Defendant and Counterclaim Plaintiff ED&F Man Capital Markets, Ltd.*

</div>

By: /s/ John Blessington
    (e-signed with consent)
    John Blessington
    Brandon Dillman
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Telephone: (617) 261-3100
John.blessington@klgates.com
Brandon.dillman@klgates.com

*Counsel for Third-Party Plaintiffs and Counterclaim Defendants DW Construction, Inc. Retirement Plan, Kamco Investments, Inc. Pension Plan, Kamco LP Profit Sharing Pension Plan, Linden Associates Defined Benefit Plan, Moira Associates Defined Benefit Plan, Riverside Associates Defined Benefit Plan, American Investment Group of New York, L.P. Pension Plan, Stacey Kaminer, Joan Schulman, and David Schulman*


By: /s/ Marty Kaplan
    (e-signed with consent)
    Martin H. Kaplan
    Kari Parks
GUSRAE, KAPLAN, NUSBAUM, PLLC
120 Wall Street
New York, NY  10005
Telephone: (212) 269-1400
mkaplan@gusraekaplan.com

2

kparks@gusraekaplan.com

*Counsel for Third-Party Plaintiffs and Counterclaim Defendants, The Goldstein Law Group PC 401(K) Profit Sharing Plan and Sheldon Goldstein*

By: /s/ John Blessington
   (e-signed with consent)
   John Blessington
   Brandon Dillman
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
John.blessington@klgates.com
Brandon.dillman@klgates.com

*Counsel for Third-Party Plaintiffs and Counterclaim Defendants, Newsong Fellowship Church 401(K) Plan and Alexander Jamie Mitchell III*

SO ORDERED:

Hon. Lewis A. Kaplan
United States District Judge

3/23/2020

3