UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND LITIGATION<br><br>Pertains to case numbers:<br><br>18-cv-5053, 18-cv-5374, 18-cv-8655, 18-cv-9797, 18-cv-9836, 18-cv-9837, 18-cv-9838, 18-cv-9839, 18-cv-9840, 18-cv-9841, 18-cv-10100 | Case No. 1:18-md-02865 (LAK) |

### NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER

PLEASE TAKE NOTICE that I, Gregory Charles Pruden, of the law firm Binder & Schwartz LLP, hereby withdraw as counsel for Third-Party Defendant MCML Limited f/k/a ED&F Man Capital Markets Limited ("ED&F"), in the above-captioned matters. As of July 1, 2024, I will no longer be employed by Binder & Schwartz and will no longer have any role in the above-captioned matters. Binder & Schwartz will continue as counsel of record for ED&F.

Dated: June 26, 2024
       New York, New York

Respectfully submitted,

/s/ Gregory C. Pruden
Gregory C. Pruden
**BINDER & SCHWARTZ LLP**
675 Third Avenue, 26th Floor
New York, NY 10017
Tel: 212.510.7008
Fax: 212.510.7299
gpruden@binderschwartz.com

*Counsel for MCML Limited*

IT IS SO ORDERED.

Dated: _____, 2024

                                                      Hon. Lewis A. Kaplan
                                                      United States District Judge