UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND          18-md-2865 (LAK)(RWL)
LITIGATION

This paper applies to:
18cv05374, 18cv04894, 18cv05053, 18cv08655, 18cv04899.
------------------------------------------x

# PRETRIAL ORDER NO. 54
(Amended Referral Order of Trial 3 Cases for Settlement Purposes)

LEWIS A. KAPLAN, *District Judge.*

        The cases listed above are referred to Honorable Robert W. Lehrburger for settlement purposes.

SO ORDERED.

Dated:   March 6, 2025

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge